UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | | |
| | ) | Case No. | 21-mj-00122-STV |
| DHRUV JANI, | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>January 2020 through November 4, 2020</u>, in the county of <u>Logan</u> in the _____ District of <u>Colorado</u>, the defendant (s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(3), (f) | Conspiracy to knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

        *s/Kristofor R. Healey*
        *Complainant's signature*

        Kristofor R. Healey, DHS-OIG Special Agent
        *Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
    ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: July 9, 2021

        *Judge's signature*

City and state: Denver, CO
        Scott T. Varholak, U.S. Magistrate Judge
        *Printed name and title*