## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Kristofor R. Healey**, being duly sworn, depose and say as follows:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent (SA) with the Department of Homeland Security (DHS), Office of Inspector General (OIG), assigned to the Houston, Texas Field Office, which gives me the authority to obtain and execute federal arrest warrants. I have been employed by DHS OIG since August 2010 and have more than thirteen (13) years of federal law enforcement experience with DHS OIG and Immigration and Customs Enforcement (ICE). I am currently a member of the Southern District of Texas' Transnational Elder Fraud Strike Force whose stated mission is investigating and prosecuting individuals and entities associated with foreign-based fraud schemes that disproportionately affect American seniors.

I make this affidavit in support of a complaint charging Dhruv Jani ("JANI") with violation of 18 U.S.C. § 1028(a)(3), (f), conspiring to knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents.

This affidavit is based on my personal observations, knowledge obtained from other Special Agents and other investigators; my review of documents related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances described herein; review of public source information, including information available on the Internet; and records received via legal process. Because this affidavit is submitted for a limited purpose of establishing probable case, it does not set forth each and every fact that I or others have learned during this investigation

## PROBABLE CAUSE

Your Affiant has learned through an ongoing investigation with The Department of Homeland Security, Office of Inspector General (DHS OIG), Social Security Administration (SSA) OIG, Treasury Inspector General for Tax Administration (TIGTA), Federal Bureau of Investigation (FBI) and Homeland Security Investigations (HSI), that a government impersonation scheme is being perpetrated against victims across the United States.

In this scheme, victims are contacted by phone and coerced into believing that they are under investigation by "Agents" of the FBI, SSA, DHS, Treasury, or U.S. Drug Enforcement Administration (DEA). Often the victims are told that their arrest and/or deportation from the United States had been ordered by law enforcement and is imminent, and the only way to avoid arrest is to pay the "Government" large sums of money as instructed.

In a typical scenario, the "Agent" informs a victim that their identity has been connected to a criminal incident, and instructs the victim to remain on the phone for the duration of the call while

the victim goes to the bank to withdraw cash (U.S. Currency). The "Agent" then convinces the victim to package the cash in a specific manner and ship the cash to an alleged government official via Federal Express (FedEx) or United Parcel Service (UPS), both interstate commercial carriers. The victims report that they believed they were speaking to legitimate U.S. Government officials and that paying the fees would alleviate their alleged criminal liability.

To date, the investigation has identified a number of individuals nationwide whose role in the schemes is to receive the cash sent from the defrauded victims. We refer to these individuals as "runners." One such runner is the subject of this Affidavit, Dhruv Jani ("JANI"), an Indian national who was, at the time of the events described below, residing in Wray, Colorado. Two other runners include James Albert Witte ("WITTE"), a U.S. Citizen who resides in Wray, Colorado, and Jason Lee Henderson ("HENDERSON"), a U.S. Citizen who resides in Wray, Colorado.

Evidence shows that JANI coordinated the receipt and pickup of packages and the deposit of funds and operated in a management role overseeing WITTE and HENDERSON, who used various fraudulent identity documents to receive the packages. JANI was involved in securing these fraudulent identity documents for WITTE and HENDERSON.

WITTE worked for JANI to receive packages addressed to at least five aliases he utilized, such as, "Christian McLoure," "Joe Airem," "Jacob Hicks," "Donatus Alois," "Andrew Pwesei," and others, that were shipped to locations across the state of Colorado. Evidence shows that WITTE has received packages or been the intended recipient of packages (using identity cards in the names listed above), including from individuals across the country, beginning in at least February 2020 and continuing through at least November 4, 2020.

HENDERSON worked for JANI to receive packages addressed to aliases he utilized, such as, "Nick Burns" and "Mark Payton," and unknown others, that were shipped to locations across the state of Colorado. Evidence shows that HENDERSON has received packages or been the intended recipient of packages (using identity cards in the names listed above), including from individuals across the country, between at least March 2, 2020 and October 4, 2020.

Specifically, your Affiant received the following information:

### DHRUV JANI and JAMES WITTE

On May 8, 2020, Gary Dickens, Special Agent (SA), SSA OIG, Houston, Texas, and Michael Wills, Sergeant, Houston Police Department (HPD), interviewed P.P., a victim of the government impersonation scam at her residence in Houston, Texas. In January 2020, P.P. received a telephone call allegedly from the SSA. The recorded message informed P.P. that a legal action was being taken against her social security number (SSN) and provided P.P. with a callback number.

P.P. returned the call and spoke with "Ethan Diaz" (Diaz), who informed P.P. that she was being investigated for drug trafficking and money laundering. Diaz explained that a vehicle,

purchased in P.P.'s name, was found near the California/Mexico border with drugs inside the vehicle. Diaz subsequently referred P.P. to DEA agent "David Budd" ("BUDD").

From January 2020 – February 2020, P.P. spoke with BUDD via telephone numbers 469-840-2424 and 469-205-7703. P.P. also communicated with BUDD via text. In summary, BUDD informed P.P. that he was working to clear P.P.'s name from the investigation. BUDD convinced P.P. to send him and/or other government "agents" money via an Apple gift card and by mailing cash (U.S. Currency).

The money was to be sent in furtherance of exonerating P.P. from any criminal wrongdoing. BUDD repeatedly threatened P.P. by telling her that she would be arrested if she failed to cooperate with the investigation. BUDD also informed P.P. that her assets would be seized by the government if she did not transfer funds to him so they could be secured by the Department of Treasury.

On February 5, 2020, P.P. purchased an Apple gift card for $2,000 in Houston and provided BUDD with the redemption code on the back of the card.

From February 7, 2020 to February 29, 2020, P.P. made four (4) cash shipments, totaling $46,000, at BUDD's direction to individuals in California, Illinois, and Tennessee. Agents identified the recipient of the package sent to Nashville as Viral Gandhi ("GANDHI"), who was subsequently indicted in the Southern District of Texas (SDTX) for his role in the conspiracy.

At BUDD's direction, one of the cash shipments was originally addressed to an individual named "Christian McCloure" at 443 Grant Street, Wray, Colorado. Prior to shipping the package, BUDD advised P.P. to repackage the cash shipment and address it to another individual. P.P. provided Dickens and Wills with images of the packages and copies of her notes that identified the address in Wray, Colorado. Agents subsequently identified 443 Grant Street, Wray, Colorado as a single-family residence that has been WITTE's primary dwelling since at least 2016.

On or about August 15, 2020, your Affiant interviewed elderly SSA scam victim R.C. of Warwick, Rhode Island. R.C. informed your Affiant that he received a series of robo-calls in July 2020 from individuals claiming to be DEA agents who informed him that his SSN had been used to rent a vehicle which was subsequently stopped during a narcotics trafficking event in Texas.

When R.C. returned the calls, the "DEA agent" who spoke to R.C., "Brandon Parker" ("PARKER"), told R.C. that he would need to send money to the government to be held in trust until a new SSN could be issued.

On July 21, 2020, PARKER instructed R.C. to place $13,000 in cash in envelopes wrapped and taped in old magazines, then place the magazines in a shoebox with an old t-shirt and ship the package via FedEx overnight express to an individual named "Andrew Pwesei" at a Walgreens store at 2281 E Arapahoe Road, Littleton, Colorado 80122.

R.C. sent a second cash shipment to an individual in Ohio at PARKER's direction. Agents later identified the recipient of that package as Moin Idrishbhai Pinjara ("PINJARA"), an Indian national who has since been indicted in the Southern District of Texas for his role in the conspiracy.

On July 22, 2020, at approximately 13:00 MST, an individual arrived at the Walgreens at 2281 E Arapahoe Road, presented an identity document in the name "Andrew Pwesei" and retrieved R.C.'s package containing $13,000.

On July 27, 2020, SA Dickens spoke with SSA scam victim P.D., age 89, of New Jersey, regarding a package she shipped to an individual in Houston named "Michelle Coleman." P.D. stated that she was contacted via telephone by individuals who claimed to work for the FBI and that she mailed cash in the aforementioned package at the caller's direction. The recipient of that package, Myisha Carter ("CARTER"), was subsequently indicted in the Southern District of Texas for her role in the conspiracy.

SA Dickens later spoke with P.D.'s son-in- law who confirmed P.D. was the victim of a government impersonation scheme. In summary, the callers convinced P.D. to mail them cash as part of "confidential FBI investigation" where P.D. would be assisting elder abuse victims by mailing cash to catch perpetrators. P.D. mailed $11,000 cash in the above noted package mailed to "Michelle Coleman" and mailed an additional $10,000 to "Andrew Pwesei" in Commerce City, Colorado and $15,000 to "Hopes Andrew" in Glen Allen, Virginia.

Agents identified the recipient of the package sent to Glen Allen, Virginia as Bhavinkumar Patel ("PATEL"). PATEL has since been indicted in the Eastern District of Virginia (EDVA) for his role in the conspiracy.

On July 22, 2020, at approximately 11:24 MST, an individual arrived at the Walgreens at 2281 E Arapahoe Road, presented an identity document in the name "Andrew Pwesei" and retrieved P.D.'s package containing $10,000

On July 28, 2020, a FedEx Corporate Security Manager provided SA Dickens with information regarding an internal investigation initiated on July 25, 2020, after a customer in Florida informed employees at a FedEx shipping location that she was mailing $40,000 cash to "Michelle Coleman" in Houston. The FedEx employees convinced the customer that she was being scammed and the package was not mailed. The Security Manager subsequently seized two additional FedEx packages containing cash, which were scheduled to be delivered to "Michelle Coleman" at Walgreens stores in Houston on July 26 and July 27, 2020.

On July 28, 2020, the Security Manager notified agents of an additional package addressed to "Michelle Coleman" which was scheduled to be delivered to a Walgreens location at 6320 N. Eldridge Drive Parkway, Houston, Texas 77041 on July 29, 2020. A review of FedEx records indicated that the package was shipped priority overnight from an individual named L.R. of Hazelwood, Missouri, on July 28, 2020.

Your Affiant subsequently spoke to L.R., age 86, who confirmed that she sent a package, containing $9,000, to "Michelle Coleman" and stated that she had done so at the direction of an alleged Department of Justice (DOJ) employee named "Benjamin Smith" ("SMITH") who had called her and told her that a vehicle had been found abandoned in Texas with her identity documents inside.

L.R. informed your Affiant that she believed she was sending money to the U.S. government to be held in a 'federal wallet' until the criminal investigation was over, and her identity was cleared by the alleged agent. L.R. further stated that she had sent other packages at the direction of SMITH who continued to call her as your Affiant was speaking with her.

L.R. was unsure how many packages she had sent at the direction of SMITH but estimated that she had been "working with him" for six months. Your Affiant spoke to L.R.'s daughter who confirmed that her mother had been sending packages to individuals she believed to be government agents. Upon inspection of the package, SA Dickens found that L.R. had actually sent $17,500 in cash, not $9,000.

Agents subsequently discovered that on July 22, 2020, L.R. sent another package containing an unknown amount of U.S. Currency to an individual named "Andrew Pwesei" at a Walgreens at 2281 E Arapahoe Road, Littleton, Colorado 80122. On July 23, 2020 at 11:43 MST a white male entered the Walgreens at 2281 East Arapahoe Road, presented an identity document with the name "Andrew Pwesei" and retrieved L.R.'s package. Security footage provided by Walgreens identified "Andrew Pwesei" as an overweight white male with dark framed glasses. The individual was bald on top of his head but had gray colored hair on the sides and back. In the images provided by Walgreens, "Pwesei" can be seen exiting the store while holding L.R.'s package in his right hand and holding a cell phone in his left hand.

A FedEx Corporate Security Manager provided your Affiant with a list of additional packages that were sent to "Andrew Pwesei" in Colorado via FedEx Overnight express between July 22 and July 28, 2020. In addition to packages sent by R.C., P.D. and L.R. there were packages sent by four additional individuals. Details of the seven FedEx packages received by "Andrew Pwesei," are set forth below.

//


//


//

| Package Recipient: Andrew Pwesei | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **Pick-up Date Time** | **Tracking No.** | **Pick-up Location** | **City, State** | **Store Number** | **Victim** |
| 7/22/2020 11:24 | 395019167775 | 15310 E 104TH AVE., 80022 | Commerce City, CO | Walgreens 12422 | P.D. |
| 7/22/2020 11:24 | 395029295345 | 15310 E 104TH AVE., 80022 | Commerce City, CO | Walgreens 12422 | R.P. |
| 7/22/2020 11:42 | 395015478102 | 1821 E Bridge St., 80601 | Brighton, CO | Walgreens 6344 | S.M. |
| 7/22/2020 13:00 | 395024067977 | 2281 East Arapahoe Road, 80122 | Littleton, CO | Walgreens 10455 | R.C. |
| 7/23/2020 11:43 | 395026257426 | 2281 East Arapahoe Road, 80122 | Littleton, CO | Walgreens 10455 | L.R. |
| 7/27/2020 11:09 | 170556688261 | 8959 E DRY CREEK RD., 80122 | Centennial, CO | Walgreens 10704 | R.P. |
| 7/28/2020 12:03 | 395192357948 | 15310 E 104TH AVE., 80022 | Commerce City, CO | Walgreens 12422 | L.S. |

According to the Security Manager's list, on July 22, 2020, S.M., 74, of Houston, shipped a package to "Andrew Pwesei" via FedEx overnight express service. The package was received by "Pwesei" on July 23, 2020 at a Walgreens store at 1821 East Bridge Street, Brighton, Colorado 80601.

S.M. later reported to the Houston Police Department that she had been the victim of a government impersonation scam and that she had sent $70,000 to alleged government employees at the direction of the callers, including the $20,000 shipment to "Pwesei."

Your Affiant reviewed Walgreens security footage of the individual who received S.M.'s package and observed him to be an overweight male with dark framed glasses. The individual was

bald on top and had gray hair on the sides and back of his head. The individual could be seen presenting an identity document to a clerk, retrieving S.M.'s package and exiting the store with S.M.'s package in his left hand. Security cameras captured the subject entering a white colored Buick sport utility vehicle and driving away from the Walgreens.

On November 23, 2020, your Affiant spoke with E.B, an officer with the Arlington, Texas Police Department. E.B. advised your Affiant that his father, K.B., 76, of Aledo, Texas, had been the victim of a government impersonation call, and that over the course of the month of October, he had sent packages containing U.S. Currency to individuals in several states including Texas, Washington, Maryland and Colorado.

E.B. advised that one of his father's shipments had been intended for an individual in Sterling, Colorado named "Jacob Hicks" but that Brighton, Colorado Police Department had interdicted the package at a Denver-area UPS shipping hub and returned the cash to the victim. E.B. referred your Affiant to Marisa O'Toole, Detective, Sterling Police Department, who was investigating other shipments to "Jacob Hicks."

On November 23, 2020, your Affiant spoke to O'Toole who stated that on November 4, 2020, she became aware of a package shipped via UPS to an individual in Sterling named "Joe Airem" that was interdicted at the local UPS shipping hub. According to O'Toole, the package, which contained U.S. Currency, was sent to "Airem" by a victim of the government impersonation scam from University Place, Washington with the initials D.A.

When "Joe Airem" attempted to retrieve the package from the UPS store at 228 Sierra Vista Avenue, Sterling, Colorado 80751, the clerk became suspicious of "Airem" and refused to relinquish the package. When "Airem" exited the store, the clerk contacted the Sterling Police Department who initiated a traffic stop on the subject's 2014 white Buick Enclave and positively identified the driver as WITTE.

WITTE provided consent to a search of the vehicle, during which WITTE allowed O'Toole and the responding officers to view his WhatsApp communication with an individual named 'Kal Jani' who WITTE claimed to be picking up the package on behalf of. O'Toole and responding officers documented the traffic stop, field interview and consent search using body worn cameras.

O'Toole subsequently identified 'Kal Jani' as Dhruv Jani ("JANI"). Your Affiant reviewed immigration databases and further identified JANI as a B1/B2 Non-Immigrant Visa holder from India who initially entered the United States in 2015 and has returned to the United States from India on four other occasions.

Following the traffic stop, WITTE waived his Miranda rights and consented to an interview with O'Toole at the Sterling Police Department. WITTE informed O'Toole that JANI worked at a 7/11 store in Wray, Colorado and that he had known him for years. WITTE stated that he had entered into a business agreement with JANI earlier in 2020 after closing his restaurant in Wray,

7

Colorado.  WITTE informed O'Toole that JANI helped him get fake identity documents and then directed him to pick up packages containing U.S. Currency from UPS and FedEx locations using the fake IDs.  WITTE stated that he believed the packages to be full of drug money and claimed that he was paid $200 from each package he picked up and turned the rest over to JANI.  WITTE claimed not to know what JANI did with the money that WITTE gave him.

WITTE informed O'Toole that fake identity documents were shipped to him at his home address in Wray, Colorado in June from an unknown individual and that JANI would recover the fake identity documents from him after they had been used several times. WITTE informed O'Toole that JANI never personally picked up packages but coordinated WITTE's pickups and met WITTE to open the packages and count the money.  WITTE confirmed his use of several fake IDs to pick up packages to include the names 'Jacob Hicks,' 'Andrew Pwesei,' and 'Joe Airem,' but noted that he spent the entire month of September in a rehab facility for his alcohol addiction and was not responsible for packages received during that month.

After consenting to a search of his cellular telephone, O'Toole and her partner reviewed the content of the phone with WITTE.  O'Toole identified numerous text messages, images and videos that were evidence of WITTE working with JANI to coordinate the pickup of packages and the accounting of the U.S. Currency contained therein.

In one video on WITTE's phone, O'Toole observed what appeared to be an Indian male, open a package sent from D.Z. of Seal Beach, California that contained $230,000 in U.S. Currency. WITTE confirmed that the video was recorded by him and that the individual opening the box and counting the cash was JANI.  O'Toole confirmed that the video was recorded in Room 520 of the Drury Inn in Aurora, Colorado on July 2, 2020.  O'Toole noted that the camera never revealed the face of the man opening the package, but that there was a distinctive "B" or "D" tattoo on the inside right wrist of the male opening the package. When the counting was complete, JANI said, "$230,000 complete."

On November 24, 2020, your Affiant spoke with D.Z. who confirmed that he had sent the package containing $230,000 to an individual named "Christine Minor" at a Walgreens at 10501 E Colfax Avenue, Aurora, Colorado 80010 on July 1, 2020.  D.Z. informed your Affiant that he had shipped the package at the command of alleged government agents from the SSA who informed him that his identity had been stolen and used in a narcotics trafficking conspiracy.  D.Z. was told that his cash would be held in a 'digital locker' by the U.S. Government until a new SSN could be issued.

O'Toole obtained video from the Drury Inn in Aurora, Colorado, which showed WITTE and JANI checking into the hotel on July 2, 2020.  In the video, WITTE and JANI can be seen entering the lobby of the Drury Inn with JANI pushing a luggage cart loaded with a large FedEx box while wearing the same distinctive white shirt with a dark blue vertical stripe that was observed in the video from WITTE's phone.  When asked for his name by the clerk at the reception desk, JANI

provided the name 'Dhruv Jani.' The FedEx box appears to be the same box that was opened by JANI in the video on WITTE's phone.

Your Affiant reviewed WhatsApp messages between WITTE and JANI that were identified during the consent search of WITTE's cellular phone. In one exchange on November 4, 2020, JANI sent WITTE a screen shot of the UPS package tracking screen showing that a package shipped from Seattle, Washington had arrived in Sterling, Colorado. The screen appeared to be tracking the packaged shipped to WITTE by D.A.

In another exchange on November 3, 2020, the day prior to WITTE's encounter with the Sterling Police Department, JANI provided WITTE a tracking number for a FedEx package, 398471472847, followed by a note that said, "We have almost 100000 tomorrow." O'Toole subsequently identified the sender of the package as E.L., 88, of Hobbs, New Mexico.

O'Toole contacted E.L.'s daughter who confirmed that her mother had been the victim of a government impersonation scam and had been convinced to send a total of $140,000 to various individuals including a $25,000 shipment to 'Joe Airem' in Colorado. O'Toole obtained surveillance images of the individual who picked up FedEx package 398471472847 from a Walgreens at 3700 35th Avenue, Evans, Colorado and confirmed that it was WITTE using the 'Joe Airem' identification to receive the package.

O'Toole obtained a search warrant for the content of JANI's text messages. In one exchange between JANI and WITTE dated July 16, 2020, JANI informed WITTE "Todays tracking id 394868850121." Your Affiant reviewed FedEx records and identified a package sent by S.L., 78, of Kettering, Ohio, to an individual named 'Donatus Alois' at a Walgreens in Loveland, Colorado on July 16, 2020.

Your Affiant contacted the Dayton Police Department in Dayton, Ohio, who provided a police report filed by S.L.'s daughter-in-law that noted that S.L. had been the victim of an SSA impersonation scam and had sent approximately $19,000 in two FedEx packages to 'Donatus Alois' in Colorado, including the package with tracking number 394868850121 identified in the exchange between JANI and WITTE.

Additional text messages, between JANI and WITTE revealed that following WITTE's encounter with O'Toole on November 4, 2020, he contacted JANI. Days later, on November 9, 2020, JANI arranged an attorney on WITTE's behalf and advised WITTE to delete his conversations.

On November 11, 2020, JANI travelled outbound from the United States via United Airlines flight 867 from San Francisco to New Delhi, India and remains abroad. JANI has a pending application for adjustment of status on file with United States Citizenship and Immigration Services. Specifically, JANI and his spouse, U.S. Citizen Rebecca Jo Smith ("SMITH"), filed an I-130 (Petition for Alien Relative) and I-485 (Application to Register Permanent Residence or Adjust

Status) on or about May 23, 2021, with the United States Citizenship and Immigration Services (USCIS). Those filings would seek to allow JANI to adjust his non-immigrant visa and enter the United States as a Lawful Permanent Resident based upon his marriage to a U.S. Citizen. The applications are pending with USCIS and Department of State.

### DHRUV JANI and JASON HENDERSON

While researching the packages sent to WITTE, your Affiant identified additional packages sent by SSA impersonation scam victims to other individuals in Colorado in September 2020 when WITTE was alleged to be in rehab. One such victim was S.H., 67, of Westchester, New York, who reported sending $41,000 to 'Mark Payton' at a Walgreen's store at 111 East Platte Avenue, Fort Morgan, Colorado on or about September 11, 2020. A review of video footage obtained from Walgreen's indicated that S.H.'s package was retrieved by a white male in jeans and a button down short sleeved shirt on Monday September 14, 2020. The individual had short brown hair and was younger, slimmer, and taller than WITTE.

At your Affiant's request, FedEx provided a list of packages sent to 'Mark Payton' between August 2020 and November 2020:

| Pick-up Date Time | Tracking | Pick-up Location | City, State | Walgreens Store No. | Victim |
|---|---|---|---|---|---|
| 9/4/20 - RTS | 396490095520 | Returned to Shipper | | 5645 | R.R. |
| 9/9/20 10:33 | 396611915495 | 15310 E 104th Ave | COMMERCE CITY, CO | 12422 | M.Y. |
| 9/14/20 11:30 | 396743603377 | 111 EAST PLATTE | FORT MORGAN, CO | 9979 | S.H. |
| 9/14/20 11:30 | 396747322575 | 111 EAST PLATTE | FORT MORGAN, CO | 9979 | N.P. |

Your Affiant noted that one package sent to 'Mark Payton' originated from R.R., 63, of Houston, Texas. Your Affiant subsequently obtained a police report from the Houston Police Department (HPD) filed by R.R. on September 3, 2020 in which R.R. reported to HPD that he had received a call from an alleged Federal Bureau of Investigation (FBI) employee named "Amanda Griffin" ("GRIFFIN") who informed him that his identity had been used in a money laundering conspiracy. GRIFFIN convinced R.R. that the FBI was going to freeze his bank accounts and advised him to send $30,000 cash to 'Officer Mark Payton' at 205 E. Eisenhower Boulevard, Loveland, Colorado to be held in trust by the government. R.R. acquiesced but later grew suspicious that he had been the victim of a scam and was able to contact FedEx and have the package returned before it could be turned over to 'Mark Payton.'

While reviewing JANI's text messages, O'Toole identified a series of exchanges between JANI and a person named JASON LEE HENDERSON ("HENDERSON") throughout August and

September 2020.  O'Toole obtained a State of Colorado search warrant for HENDERSON's phone which included copies of his Short Message Service (SMS) text messages.

Your Affiant reviewed the text messages from JANI and HENDERSON's phones which indicated that JANI and HENDERSON were regularly communicating with one another to receive packages, including on September 4, 9 and 14, 2020 when the above listed packages were delivered or intended to be delivered.

On August 14, 2020, HENDERSON texted an unidentified individual that he was beginning work soon, noting "I m not sure the full details of the gig yet  but I ll be working with my old manager Kal. [sic]"

On August 17, 2021, JANI texted HENDERSON "We have work tomorrow."  Minutes later HENDERSON texted an unknown female "start my work tomorrow morning and I'll get paid daily making Bank."

The following morning, on August 18, 2020, HENDERSON texted JANI, "I m on top of my game dawg. I told you I ain t fucking around I m ready make that money [sic]."  Later that same day, JANI texted HENDERSON "If there is anything that seems bad, don't pick it up" to which HENDERSON replied "Smooth sailing shes bringing the scanner gun now", indicating that HENDERSON was about to receive a package inside of a store.  JANI replied "I just saw a cop car so was just informing you.  Please com to the stinker gas station just opposite of wallgreens [sic]" indicating that JANI had parked across the street and that HENDERSON should return to the vehicle after retrieving the package.

In another exchange on August 19, 2021, HENDERSON tells an unknown individual that he started work that week and "it's a damn good paying job too."  When asked what he was doing, HENDERSON demurred and stated, "I m not going to give details until I m made a partner [sic]."

On August 23, 2020, HENDERSON text messaged his father stating "On a different note I got a job making damn good money and all goes well this next week I will be a legal motorized vehicle operator LOL about to get my motherfucking license back Dad [sic]," supporting the inference that HENDERSON could not drive and needed to be chauffeured by JANI to the locations where he was picking up packages on behalf of JANI, an inference further supported by text messages referenced below.

The following morning, JANI texted HENDERSON at 0658 "Morning. Are you ready [sic]."  HENDERSON replied at 0705 "Morning I m getting up and ready to make dat money."  JANI then informed HENDERSON that he was on his way to pick him up and that he had a "Plan we need to execute" and "We shall talk on our way to greeley [sic]."

In another text exchange on August 27, 2021, JANI made arrangements to pick up HENDERSON at a park in Wray, Colorado.  JANI later texted HENDERSON a JP Morgan Chase

11

Bank account number in the name of Sandip Shah.  Chase Bank confirmed to investigators that the account received a deposit of $5,200 in Western Union money orders the same day at a branch office in Colorado.

JANI regularly text messaged HENDERSON to let him know about pending package pickups and to arrange to pick up HENDERSON to go to work.  JANI would regularly pick up HENDERSON at the park in Wray, Colorado at 0800.

On September 4, 2020, the day R.R.'s package was scheduled to arrive in Loveland, Colorado HENDERSON texted JANI from within a store "I m using the restroom to let the few customers in line leave the store [sic]" to which JANI replied "I am right at the door. You got to be quick on this one."  Call detail records for JANI and HENDERSON's phones indicate that they traveled west from Wray on the morning of September 4, 2020 and were using data 30 miles east of Loveland, Colorado on the morning of September 4, 2020 when the above text exchange occurred.

On September 8, 2020, JANI made plans to pick up HENDERSON the following morning at HENDERSON's girlfriend's address on Betty Ave., Yuma, Colorado, noting "Dont be late  we have all three packages ready !!! [sic]."  The following morning, an individual using the 'Mark Payton' ID picked up a package from M.Y., 83, of Plainville, Massachusetts, at the Walgreens at 15310 E 104th Avenue, Commerce City, Colorado.  Call data records for JANI and HENDERSON, again indicate that they travelled west toward Denver on the morning of September 9, 2020 and were in the vicinity of Commerce City when M.Y.'s package was picked up.

On September 14, 2020, JANI texted HENDERSON to notify him that he was running 15 minutes late and later texted him at 0741 to notify him that he would be there in ten minutes.  At 1130 a white male wearing blue jeans, and a blue short sleeved button down shirt walked into the Walgreens at 111 East Platte Avenue, Fort Morgan, Colorado, presented an ID in the name of 'Mark Payton' and retrieved packages shipped by an individual with the initials S.H. and a second individual with the initials N.P., 63, of Hoffman Estates, Illinois.  The individual using the 'Mark Payton' ID matched HENDERSON's age, weight, and build.  Call detail records for JANI and HENDERSON's phones indicate that they were both using data in Fort Morgan at the time the packages were picked up.

Your Affiant contacted the Hoffman Estates, Illinois Police Department who confirmed that N.P. had been the victim of a government impersonation scam after receiving a large envelope from UPS containing a letter purportedly from the Department of Homeland Security which informed N.P. that he was the victim of identity theft and would need to obtain a new SSN.  The letter, which your Affiant reviewed, encouraged N.P. to contact U.S. Citizenship and Immigration Services at 202-239-2044 to begin the process of obtaining new identity documents.  After contacting the telephone number, alleged government agents convinced N.P. to send payments in excess of $65,000 to the callers via gift card or cash shipment to be held in trust while a new identity was issued.

One of the shipments was sent to an individual in Pennsylvania while the second and third shipments were sent to Walgreens locations in Colorado in the names of 'Mark Payton' and 'John Robinson.' Call detail records indicate that on the morning of September 16, 2020, JANI and HENDERSON traveled west from Wray, Colorado toward Denver and were in the vicinity of the Walgreens in Thornton, Colorado at 11:20am when N.P.'s package was delivered to 'John Robinson.'

On October 6, 2020, HENDERSON texted JANI, "Hey brother, I just want to let you know that I might get arrested today and all that they would want is to raise my bond so I'm going to give Lucy your phone number in case that does happen so hopefully you'll cover the money I do have it I just don't have it available out this second." Within days of HENDERSON's text to JANI, WITTE was, once again, seen in surveillance images picking up packages using various fake IDs.

On January 25, 2021, O'Toole interviewed HENDERSON's ex-girlfriend, who resides on Betty Avenue in Yuma, Colorado. The ex-girlfriend informed O'Toole that HENDERSON was living with her in September 2020 and that a "foreigner" would come to pick him up occasionally in a dark colored car. The ex-girlfriend informed O'Toole that HENDERSON would go to work with the man and would typically come home with upwards of $1,000 cash at the end of the workday. HENDERSON had told the ex-girlfriend that he was doing something computer security related. This was consistent with text messages HENDERSON sent to an unknown individual on August 30, 2020 in which he stated, "I'm doing webpage management and repair as well as computer repairs for established companies. I go from sterling to fort Collins and down to the springs."

On January 26, 2021, the ex-girlfriend texted O'Toole additional information about HENDERSON and his "boss" including that HENDERSON had informed the ex-girlfriend in September that his boss was attempting to obtain U.S. Citizenship by marrying his girlfriend. Your Affiant reviewed USCIS records which confirmed that on August 3, 2020, JANI married U.S. Citizen Rebecca Jo Smith ("SMITH") in Fort Morgan, Colorado and that JANI and SMITH subsequently filed and I-130/I-485 with USCIS seeking to adjust JANI's immigration status. Those filings would seek to allow JANI to adjust his non-immigrant visa and enter the United States as a Lawful Permanent Resident based upon his marriage to SMITH a U.S. Citizen. The applications are pending with USCIS and Department of State.

## SHIVAY3900@GMAIL.COM

On or about June 15, 2021, your Affiant reviewed the contents of a Google account seized in response to a search warrant filed in the Eastern District of Texas. The account, shivay3900@gmail.com, was used by an unidentified individual in India to arrange the purchase of fake identity documents from an online retailer, www.new-ids.com, that were then shipped to individuals around the United States who used the fraudulent identity documents to receive packages of cash shipped by victims of the government impersonation scam.

During a review of the Google Drive associated with the Google account, your Affiant found images of several known subjects identified in the course of the investigation including WITTE and

HENDERSON.  The images of HENDERSON and WITTE were taken in high resolution with the subjects facing the camera and wearing neutral expressions.  The photos were taken from the mid-chest of the subjects and featured their shoulders, necks, and heads in front of an off-white background.  The photographs appeared to have been taken in the same format as would be expected for a photograph used in a government identification document such as a driver's license or passport.

## CONCLUSION

Given the totality of the evidence gathered thus far and set forth above, your Affiant believes that probable cause exists to believe DHRUV JANI has committed the offense of conspiring to knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents in violation of Title 18, United States Code, Section 1028(a)(3), (f).

I, Kristofor R. Healey, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Dated:  July 9, 2021.

*s/ Kristofor R. Healey*
Kristofor R. Healey
Special Agent
Department of Homeland Security
Office of Inspector General

Submitted, attested to, and acknowledged by reliable electronic means on ___July 9___, 2021.

Hon. Scott T. Varholak
United States Magistrate Judge
United States District Court
District of Colorado

**Affidavit reviewed and submitted by Martha A. Paluch, Assistant United States Attorney.**