DEFENDANT: DHRUV JANI

YOB:  1983

ADDRESS (CITY/STATE):  UNKNOWN

OFFENSE(S):  Conspiracy to knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents, 18 U.S.C. § 1028(a)(3), (f)

LOCATION OF OFFENSE (COUNTY/STATE): Logan County, CO

PENALTY:     NMT 5 years in prison, NMT $250,000 fine, NMT 3 years' supervised release, $100 special assessment

AGENT:   Kristofor R. Healey, Special Agent
Department of Homeland Security, Office of Inspector General

AUTHORIZED BY:  Martha A. Paluch
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_\_ five days or less        __X__ over five days        \_\_\_\_\_ other

THE GOVERNMENT

__X__ **will** seek detention in this case        \_\_\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        \_\_\_\_\_ Yes        __X__        No