INFORMATION SHEET

DEFENDANT: DHRUV JANI

YEAR OF BIRTH: 1983

ADDRESS: India

<u>COMPLAINT FILED</u>?  __X__ YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 21-mj-00122-STV

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  _____ YES  __X__ NO

OFFENSES:    Count 1: 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)

    Counts 2-6: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment)

    Count 7: 18 U.S.C. § 875(c) Interstate Transmission of a Threatening Communication

LOCATION OF OFFENSE: Logan County, Colorado

PENALTY:    <u>Count 1</u>: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

    <u>Counts 2-6:</u> Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

    <u>Count 7:</u> Imprisonment of NMT 5 years, a fine of NMT $250,000, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution

AGENT:    Gary Dickens, Special Agent
Social Security Administration, Office of Inspector General

    Sonia Hacker, Special Agent

                      United States Postal Inspection Service, Office of Inspector General

AUTHORIZED BY:  Martha A. Paluch
                             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

____ over five days

____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO