AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
| v. | ) | Case No.   22-cr-00202-PAB |
| DHRUV JANI, | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DHRUV JANI                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  18 U.S.C. 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)
Counts 2-6:  18 U.S.C. 1956(a)(1)(B)(i) Money Laundering (Concealment)
Count 7:  18 U.S.C. 875(c) Interstate Transmission of a Threatening Communication

Date:      06/21/2022

*s/S. Phillips, Deputy Clerk*
*Issuing officer's signature*

City and state:     Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |