

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

June 28, 2022

**CLERK, US DISTRICT COURT**
Alfred A. Arraj
United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Re:  DHRUV JANI

Your No:  22-CR-00202-PAB
Our No:  MJ22-282

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 6/28/2022, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Andy Quach,
Deputy Clerk