CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:22–mj–00282–SKV–1

Case title: USA v. Jani

Other court case number: 22–CR–00202–PAB District of Colorado

Date Filed: 06/23/2022

Date Terminated: 06/28/2022

Assigned to: Hon. S. Kate Vaughan

**Defendant (1)**

**Dhruv Jani**
*TERMINATED: 06/28/2022*

represented by **Gregory Geist**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206–553–1100
Email: gregory_geist@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Money Laundering Conspiracy –
18:1956(h) and 1956(a)(1)(B)(i))
Money Laundering –
18:1956(a)(1)(B)(i) and 2 (Counts 2–6)
Interstate Transmission of a
Threatening Communication –
18:875(c)

**Disposition**

**Plaintiff**

**USA**

represented by **Miriam R Hinman**
UNITED STATES ATTORNEY'S OFFICE

700 STEWART STREET
STE 5220
SEATTLE, WA 98101
206–553–4650
Email: miriam.hinman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2022 | 1 | CHARGING DOCUMENT RECEIVED FROM the District of Colorado as to Dhruv Jani. (TLJ) (Entered: 06/23/2022) |
| 06/23/2022 | | Arrest of Dhruv Jani on 6/23/2022. (TLJ) (Entered: 06/23/2022) |
| 06/23/2022 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Gregory Geist for Dhruv Jani. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. S. Kate Vaughan. *(No.pdf image attached)* (TLJ) (Entered: 06/23/2022) |
| 06/23/2022 | 5 | Minute Entry for proceedings held before Hon. S. Kate Vaughan– CRD: *T. Johnson*; AUSA: *Miriam Hinman*; Def Cnsl: *Greg Geist*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Dhruv Jani held on 6/23/2022. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties in the District of Colorado. Government files Motion for Detention. Defense counsel requests a Detention and Identity hearing. Hearings set. Defendant remanded to custody.<br><br>**Detention and Identity Hearing set for 6/28/2022 at 11:30 AM in Courtroom 12B before Hon. Brian A Tsuchida.** (TLJ) (Entered: 06/23/2022) |
| 06/23/2022 | 6 | MOTION for Detention by USA as to Dhruv Jani. (TLJ) (Entered: 06/23/2022) |
| 06/28/2022 | 8 | Minute Entry for proceedings held before Hon. Brian A Tsuchida– CRD: *A. Quach*; AUSA: *Miriam Hinman*; Def Cnsl: *Greg Geist*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *11:30am*; Courtroom: *12B*; **RULE 5 DETENTION HEARING** as to Dhruv Jani held on 6/28/2022. Defendant present in custody. Court reviews record. Defendant stipulates to detention and waives Identity Hearing. Court signs Order of Transfer. For reasons stated on the record, defendant ORDERED detained and remanded to custody. (AQ) (Entered: 06/28/2022) |
| 06/28/2022 | 9 | DETENTION ORDER by Hon. Brian A Tsuchida, re 6 MOTION for Detention as to Dhruv Jani. (cc: PTS, USMO) (AQ) (Entered: 06/28/2022) |
| 06/28/2022 | 10 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the District of Colorado as to Dhruv Jani by Hon. Brian A Tsuchida. (cc: PTS, USMO) (AQ) (Entered: 06/28/2022) |
| 06/28/2022 | 11 | LETTER to the District of Colorado regarding Rule 5 Transfer as to defendant Dhruv Jani. (AQ) (Entered: 06/28/2022) |

Magistrate Judge S. Kate Vaughan

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

**JUN 23 2022**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DHRUV JANI<br><br>Defendant. | NO. MJ22-282<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☒  Crime of violence (18 U.S.C. § 3156).

☐  Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐  Crime with a maximum sentence of life imprisonment or death.

☐  Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
*U.S. v. DHRUV JANI – MJ22-282*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

☒ Serious risk the defendant will flee.

☒ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.  **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

3.  **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐ Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
*U.S. v. DHRUV JANI – MJ22-282*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐     Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.    **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☒     At the initial appearance

☐     After a continuance of ___ days (not more than 3)

DATED this 23rd day of June, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

MIRIAM R. HINMAN
Assistant United States Attorney

MOTION FOR DETENTION - 3
*U.S. v. DHRUV JANI – MJ22-282*

1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8   UNITED STATES OF AMERICA,

9                          Plaintiff,          CASE NO. MJ22-282

10          v.                                 **DETENTION ORDER**

11   DHRUV JANI,

12                          Defendant.

13      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14   there are no conditions which the defendant can meet which would reasonably assure the

15   defendant's appearance as required or the safety of any other person and the community.

16      **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17      The Grand Jury in the District of Colorado has returned an indictment charging Dhruv

18   Jani and others with Conspiracy to Commit Money Laundering; Money Laundering; and

19   Interstate Transmission of a Threatening Communication. The indictment alleges Defendant fled

20   to India, his home country and once he was there he instructed others in the United States to

21   make deposits in furtherance of the money laundering offenses.

22      Defendant is a citizen of India. His wife and other family members live in India. He has

23   no ties to this District and his ties to the United States seems to revolve around the state of

Colorado and seem to be related to the offenses he allegedly committed. Defendant Jani reports

DETENTION ORDER - 1

he has a "wife" in Colorado but that individual is named as the person who Defendant allegedly

threatened to kill in Count 7. There is no driver's licensing information regarding Defendant in

this state of in Colorado, and Defendant did not provide a release address, Defendant did not

contest detention.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States

Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 28th day of June, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2

UNITED STATE DISTRICT COURT

For the WESTERN DISTRICT OF WASHINGTON

at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: MJ22-282 |
| vs. ) | WAIVER OF RULE 5(c)(3)(D) HEARING |
| DHRUV JANI, ) | and ORDER OF TRANSFER |
| Defendant ) | |

_____

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, <u>Dhruv Jani</u>, have appeared before a United States Magistrate Judge in the Western

District of Washington, who has advised me of the provisions of Rule20 and of my right to

further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to

waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or
Warrant pending in the U.S. District Court for the District of Colorado;

b) I waive my right to production of the warrant or of any other original paper
Related to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination. I elect to have it conducted in
the district where the prosecution is pending: and

d) I consent to the issuance of an order directing me to appear and answer in said
district where the charges are pending

1

Dated this 28th day of June , 2022

_____          _____

Defense Counsel                    Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the District of Colorado. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this 28 day of June , 2022

_____

United States Magistrate Judge

2



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

| | |
|---|---|
| **RAVI SUBRAMANIAN** | **ERIC SMITS** |
| **District Court Executive** | **Chief Deputy Clerk** |
| **Clerk of Court** | |

June 28, 2022

**CLERK, US DISTRICT COURT**
Alfred A. Arraj
United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Re:  DHRUV JANI

Your No:  22-CR-00202-PAB
Our No:  MJ22-282

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 6/28/2022, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Andy Quach,
Deputy Clerk