INFORMATION SHEET

DEFENDANT: DHRUV JANI

YEAR OF BIRTH: 1983

ADDRESS: India

COMPLAINT FILED?     X  YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 21-mj-00122-STV

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES   X   NO

OFFENSES:

Count 1: 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)

Counts 2-6: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment)

Count 7: 18 U.S.C. § 875(c) Interstate Transmission of a Threatening Communication

LOCATION OF OFFENSE: Logan County, Colorado

PENALTY:

Count 1: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

Counts 2-6: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

Count 7: Imprisonment of NMT 5 years, a fine of NMT $250,000, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution

AGENT:

Gary Dickens, Special Agent
Social Security Administration, Office of Inspector General

Sonia Hacker, Special Agent

United States Postal Inspection Service, Office of Inspector General

AUTHORIZED BY:  Martha A. Paluch
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__  five days or less

____  over five days

____  other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO