INFORMATION SHEET

DEFENDANT:  JAMES ALBERT WITTE

YEAR OF BIRTH: 1953

ADDRESS: Wray, Colorado

<u>COMPLAINT FILED</u>?  \_\_\_\_\_ YES  \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>  \_\_\_\_\_ YES  \_\_X\_\_ NO

| | |
|---|---|
| OFFENSES: | Count 1:  18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment) |
| | Counts 2-5:  18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment) |

LOCATION OF OFFENSE: Logan County, Colorado

| | |
|---|---|
| PENALTY: | <u>Count 1</u>: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| | <u>Counts 2-5</u>:  Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture. |
| AGENT: | Gary Dickens, Special Agent<br>Social Security Administration, Office of Inspector General |
| | Sonia Hacker, Special Agent<br>United States Postal Inspection Service, Office of Inspector General |
| AUTHORIZED BY: | Martha A. Paluch<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__  five days or less

_____ over five days

_____ other

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case: NO