INFORMATION SHEET

DEFENDANT:  JASON LEE HENDERSON

YEAR OF BIRTH: 1986

ADDRESS: Wray, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSES:  Count 1:  18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)

Count 6:  18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment)

LOCATION OF OFFENSE: Logan County, Colorado

PENALTY:  Count 1: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

Count 6:  Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

AGENT:  Gary Dickens, Special Agent
Social Security Administration, Office of Inspector General

Sonia Hacker, Special Agent
United States Postal Inspection Service, Office of Inspector General

AUTHORIZED BY:  Martha A. Paluch
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__  five days or less

____ over five days

____ other

THE GOVERNMENT **may** seek detention in this case depending on the Pretrial Services report.

OCDETF case: NO