IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     DHRUV JANI,**

       **Defendant.**

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Dhruv Jani in the above captioned case.

                                          Respectfully submitted,

                                          VIRGINIA L. GRADY
                                          Federal Public Defender

                                          s/ David E. Johnson
                                          DAVID E. JOHNSON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          David_johnson@fd.org
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2022, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
E-mail:  martha.paluch@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Dhruv Jani (via U.S. mail)

                                          s/ David E, Johnson
                                          DAVID E. JOHNSON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          David_johnson@fd.org
                                          Attorney for Defendant