IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 22-cr-00202-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1.    DHRUV JANI,
  2.    JAMES ALBERT WITTE, and
  3.    JASON LEE HENDERSON,

    Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Motion to Disclose Grand Jury Materials Under Specified Conditions to Attorneys for the Defendants Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) (ECF No. 50), it is

ORDERED that a copy of the transcripts of testimony given before the grand jury and other grand jury materials may be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel

deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

4. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel shall collect all such copies (with the exception of defense counsel's copy) and return them to the government within ten days or upon agreement, shred said copies.

DATED this 16th day of August, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge