IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**     **DHRUV JANI,**

        **Defendant.**

**NOTICE OF DEFENDANT JANI'S NON-OPPOSITION
TO DEFENDANT WITTE'S MOTION**

The defendant, Dhruv Jani ("Mr. Jani"), by and through undersigned counsel, David E. Johnson, hereby files this Notice that he does not oppose Mr. Witte's motion filed at ECF Doc. No. 51, stating as follows:

1.    On August 15, 2022, counsel for Mr. Witte filed "Mr. Witte's Motion for an Ends of Justice Continuance and to Exclude Time Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)." *See* Doc. 51.

2.    This Court has ordered Mr. Jani, through undersigned counsel, to state his position on Mr. Witte's motion. *See* Doc. 52. This filing is intended to comply with that request.

3.    Mr. Jani has no opposition to Mr. Witte's motion.

4.    Undersigned counsel must complete the same tasks and has the same needs as detailed in paragraphs 14 and 24(d) of Mr. Witte's motion. Doc. 52 at 5, 9. Thus, Mr. Jani agrees that the requested extension and continuance are needed in

order to ensure effective representation in this case. Undersigned counsel similarly believes that the ends of justice are best served by the granting of such continuance and such interest outweighs the best interest of the public and Mr. Jani in a speedy trial.

5. Further, for the same reasons stated in Mr. Witte's motion, Mr. Jani agrees that the continuance request meets the criteria set forth in 18 U.S.C. § 3161(h)(7) and the facts set forth in *United States v. West*. *See* Doc. 51 at 5-10.

6. Finally, given the case's complexity and the volume of discovery, undersigned counsel notes that he anticipates additional time (in excess of Mr. Witte's requested 120-day exclusion) will likely need to be excluded from the Speedy Trial Act clock. Counsel agrees that the amount of time this case requires will be "considerable" but that the exact amount is "yet to be determined." Doc. 51 at 5 (paragraph 14).

WHEREFORE, Mr. Jani informs this Court that he does not oppose Mr. Witte's motion, and he similarly requests that A) Mr. Witte's Motion, Doc. 51, be granted; B) the Court enter an order extending the pretrial motions deadline; and C) the court enter an order excluding 120 days in the computation of time within which the trial in this case must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et al.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

2

CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2022, I filed the foregoing **Notice of Defendant Jani's Non-opposition to Defendant Witte's Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address and all parties of record:

    Martha A. Paluch, Assistant United States Attorney
    E-mail:  martha.paluch@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Dhruv Jani (via U.S. mail)

                                        s/ David E, Johnson
                                        DAVID E. JOHNSON
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        David_johnson@fd.org
                                        Attorney for Defendant