#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: November 4, 2022 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: n/a | |

**CASE NO.   22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1. DHRUV JANI, | David Johnson |
| 3. JASON LEE HENDERSON, | Martin Stuart |
| Defendants. | |

#### COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**    9:03 a.m.

Appearances of counsel.   Defendants are not present; presence waived.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case.

Mr. Stuart states that he anticipates filing a Notice of Disposition next week.   Mr. Johnson states that he anticipates filing an ends-of-justice motion.

**COURT IN RECESS:**       9:11 a.m.
**Total in court time:**       00:08
**Hearing concluded.**