IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      **DHRUV JANI,**

        **Defendant.**

## UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS FILING DEADLINE

The defendant, Dhruv Jani ("Mr. Jani"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Extend the Pretrial Motions Filing Deadline approximately one week, to November 23, 2022, and in support thereof states as follows:

    1.    The pretrial motions filing deadline in this case is currently November 15, 2022. *See* Doc. 56 at 6.

    2.    The parties continue to confer in this case. The parties expected an Unopposed Motion for an Ends of Justice continuance and exclusion of time would be filed this week. It is still anticipated that such a motion will be filed; however, undersigned counsel is in trial the week of November 14th and needs additional time to prepare that Motion. Also, the parties need additional time to confer prior to the filing of that Motion.

    3.    In light of the above, it is requested that the pretrial motions deadline be extended by approximately one week, to November 23, 2022.

4.      Undersigned counsel has conferred with Assistant United States Attorney Martha A. Paluch, who expressed she does not oppose this motion.

WHEREFORE, based on the foregoing, the pretrial motions filing deadline should be extended to November 23, 2022.

                                                Respectfully submitted,

                                                VIRGINIA L. GRADY
                                                Federal Public Defender


                                                s/ David E. Johnson
                                                DAVID E. JOHNSON
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                David_johnson@fd.org
                                                *Attorney for Defendant Dhruv Jani*

CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2022, I filed the foregoing ***Unopposed Motion to Extend Pretrial Motions Filing Deadline*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address and all parties of record:

    Martha A. Paluch, Assistant United States Attorney
    E-mail:  martha.paluch@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Dhruv Jani (via U.S. mail)

                                            s/ David E. Johnson
                                            DAVID E. JOHNSON
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            David_johnson@fd.org
                                            *Attorney for Defendant Dhruv Jani*