IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **DHRUV JANI,**

    **Defendant.**

___

## NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Dhruv Jani in the above-captioned case.

    Respectfully submitted,

    VIRGINIA GRADY
    Federal Public Defender

    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Stephanie_Snyder@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2023, I electronically filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Martha Ann Paluch, Assistant United States Attorney
  E-mail: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Dhruv Jani (via U.S. Mail)

            s/ Stephanie Snyder
            Stephanie Snyder
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email: Stephanie_Snyder@fd.org
            Attorney for Defendant