IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **DHRUV JANI,**

      **Defendant.**

---

### MOTION TO WITHDRAW AS COUNSEL
### AND TO TERMINATE ECF NOTIFICATIONS

---

David Johnson, Assistant Federal Public Defender, submits this motion to request that this Court order that he be allowed to withdraw as counsel for Dhruv Jani ("Mr. Jani") and terminate ECF notifications to him in this case.

     1.     On July 27, 2022, undersigned counsel entered his appearance in Mr. Jani's case (Doc. # 29).

     2.     On January 31, 2023, Assistant Federal Public Defender Stephanie Snyder entered her appearance in this case (Doc. # 102). Ms. Snyder will be counsel of record for Mr. Jani in this case going forward.

     3.     Accordingly, undersigned counsel asks that he be relieved as counsel for Mr. Jani and that ECF notifications to him be terminated.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I filed the foregoing **Motion to Withdraw as Counsel and to Terminate ECF Notifications** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
E-mail:  martha.paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Dhruv Jani (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant