IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**      **DHRUV JANI,**

        **Defendant.**

---

## NOTICE OF DISPOSITION

---

Defendant, Dhruv Jani, by and through counsel, Stephanie Snyder, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a change of plea hearing.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Stephanie Snyder
        STEPHANIE SNYDER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Stephanie.Snyder@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch, Assistant United States Attorney
    Email:  Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dhruv Jani     (via U.S. Mail)


    s/ Stephanie Snyder
    STEPHANIE SNYDER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Stephanie.Snyder@fd.org
    Attorney for Defendant