UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 22-cr-00202-RM-1

UNITED STATES OF AMERICA

v.

1. DHRUV JANI,

       Defendant.

_____

GOVERNMENT'S NOTICE OF INTENT
TO REQUEST ORDER OF JUDICAL REMOVAL
_____

Notice is hereby given to Defendant Dhruv Jani, the defendant, and to his attorney of record, Stephanie M. Snyder, that, consistent with his agreement with the United States, upon the conviction and sentencing of the defendant for violation of Title 18, United States Code, Section 1956(h) and (a)(1)(B)(i), Money Laundering Conspiracy, the United States shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

                                   Respectfully submitted,

                                   COLE FINEGAN
                                   UNITED STATES ATTORNEY

                     By:   *Martha A. Paluch*
                          Martha A. Paluch
                          Assistant United States Attorney
                          1801 California Street, Suite 1600
                          Denver, CO   800202
                          Telephone: 303-454-0353
                          Facsimile: 303-454-0401

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 11, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
