UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE No. 22-cr-00202-RM-1

UNITED STATES OF AMERICA

v.

1. DHRUV JANI,

   Defendant.

_____

APPLICATION FOR AND FACTUAL ALLEGATIONS IN SUPPORT OF
JUDICIAL ORDER OF REMOVAL
_____

The United States of America hereby moves for the entry of an Order of Judicial Removal and Notice is hereby given to Defendant Dhruv Jani (the defendant) and to his attorney of record Stephanie M. Snyder, that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of India and a citizen of India.

3. The defendant was paroled into the United States for the purpose of answering to criminal charges filed in the United States District Court for the District of Colorado, at U.S. Customs and Border Patrol Station, 9901 Pacific Highway, Blaine WA 98230, in Blaine, Washington, on or about June 23, 2022.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court, District of Colorado, under

1

Count 1 of the Superseding Indictment, which charges the defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) and (a)(1)(B)(i).

5. The maximum sentence for a violation of Count 1 is 20 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Title 8, United States Code, Section 1182(a)(2)(I)(i/ii), as an alien (i) who a consular officer or the Attorney General knows, or has reason to believe, has engaged, is engaging, or seeks to enter the United States to engage, in an offense which is described in section 1956 of title 18 (relating to laundering of monetary instruments); or (ii) who a consular officer or the Attorney General knows is, or has been, a knowing aider, abettor, assister, conspirator, or colluder with others in an offense which is described in such section.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to India.

                Respectfully submitted,

                COLE FINEGAN
                UNITED STATES ATTORNEY

By:  *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, CO   800202
      Telephone: 303-454-0353
      Facsimile: 303-454-0401

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 11, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
