**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 22-cr-00202-RM-1

UNITED STATES OF AMERICA

v.

1.  DHRUV JANI,

        Defendant.

_____

**[PROPOSED] ORDER OF JUDICIAL REMOVAL**
_____

This Court is in receipt of the Application for, and Factual Allegations in Support of, Judicial Removal submitted by the United States and the Statement and Consent of Defendant Dhruv Jani, the defendant, and upon all prior proceedings and submissions in this matter, and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of India and a citizen of India.

3. The defendant was paroled into the United States for the purpose of answering to criminal charges filed in the United States District Court for the District of Colorado, at U.S. Customs and Border Patrol Station, 9901 Pacific Highway, Blaine WA 98230, in Blaine, Washington, on or about June 23, 2022.

4. The defendant was convicted in the United States District Court, District of

    Colorado of Count 1 of the Superseding Indictment, charging conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) and (a)(1)(B)(i).

5. The maximum term of imprisonment for a violation of Title 18, United States Code, Section 1956(h) and (a)(1)(B)(i) is 20 years. Given that the defendant has pleaded guilty to this count pursuant to a plea agreement, the maximum sentence faced by this defendant is 20 years of imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Title 8, United States Code, Section 1182(a)(2)(I)(i/ii), as an alien (i) who a consular officer or the Attorney General knows, or has reason to believe, has engaged, is engaging, or seeks to enter the United States to engage, in an offense which is described in section 1956 of title 18 (relating to laundering of monetary instruments); or (ii) who a consular officer or the Attorney General knows is, or has been, a knowing aider, abettor, assister, conspirator, or colluder with others in an offense which is described in such section.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to India upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

**DONE and ORDERED** in Chambers in Denver, Colorado, on

_____, 2023.

_____
THE HONORABLE RAYMOND P. MOORE
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO