IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CONCURRENCE OF UNITED STATES |
| v. | ) IMMIGRATION AND CUSTOMS |
| | ) ENFORCEMENT |
| 1. DHRUV JANI, | ) A# A219667447 |

Based on the factual allegations in the stipulated request for Judicial Order of Removal in the above captioned matter, on behalf of the Director, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, pursuant to the authority delegated to me, I concur in the request of the Defendant and the United States Attorney that a Judicial Order of Removal be entered in this case pursuant to section 238(c) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c).

This the _____ day of _____, 2023.

_____
Eric P. DeLaune
(A) Special Agent in Charge
New Orleans, Louisiana
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security