# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: n/a | Date: April 18, 2023<br>Interpreter: n/a |

**CASE NO.   22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1.  DHRUV JANI, | Stephanie Snyder |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**      10:31 a.m.

Appearances of counsel.   Defendant is present and in custody.

Discussion held regarding restitution and the Order of Judicial Removal to be entered by the Court.

Defendant is sworn and answers true name.   Defendant is 40 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Superseding Indictment.

Defendant pleads GUILTY to Count 1 of the Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty and the Plea Agreement.

**ORDERED:**  The Probation Office **shall** conduct an independent factual investigation in this case.

**ORDERED:**  Any pretrial motions still pending in this matter are **DENIED** as moot.

**Court in recess:**     11:21 a.m.
**Court in session:**    11:22 a.m.

**ORDERED:**  Sentencing is set for **October 6, 2023, at 9:00 a.m.**

**ORDERED:**  Any information, release, data, or material provided to the Probation Office by the defendant shall be used by the Probation Office only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**       **11:24 a.m.**
**Total in court time:**   **00:52**
**Hearing concluded.**