IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00202-RM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DHRUV JANI,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Dhruv Jani's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2-7 of the Superseding Indictment at the time of sentencing.

    Respectfully submitted this 14th day of September, 2023.

                                                  COLE FINEGAN
                                                  United States Attorney

                                                  s/ *Martha A. Paluch*
                                                  MARTHA A. PALUCH
                                                  Assistant U.S. Attorney
                                                  1801 California Street, Suite 1600
                                                  Denver, CO 80202
                                                  Telephone 303-454-0100
                                                  Facsimile 303-454-0402
                                                  Email: martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

      /s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov