IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00202-RM-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DHRUV JANI,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT DHRUV JANI**
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Dhruv Jani*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on July 20, 2022, a Superseding Indictment was filed charging Dhruv Jani in Count One, with violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i); in Counts Two through Six, with violations of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2; and in Count Seven, with violation of 18 U.S.C. § 875(c);

THAT the Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Dhruv Jani, pursuant to 18 U.S.C. § 982(a)(1), in the amount of the value of the property involved in the offenses charged in Counts One through Six; and

1

THAT on April 18, 2023, the United States and Dhruv Jani entered into a Plea Agreement, which provided that he would plead guilty to Count One and agreed not to contest forfeiture.  It also contains a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Dhruv Jani* is GRANTED;

THAT a money judgment in the amount of restitution to be determined at sentencing is subject to forfeiture as property involved in the commission of Count One, to which defendant Dhruv Jani has pleaded guilty;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Dhruv Jani in the amount of restitution to be determined at sentencing shall enter in accordance with 18 U.S.C. § 982(a)(1);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 15th day of September, 2023.

BY THE COURT:

RAYMOND P. MOORE
United States Senior District Court Judge