# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: September 21, 2023 |
| Court Reporter: Sarah Mitchell | Interpreter: n/a |
| Probation: Sara Johnson | |

**CASE NO. 22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1. DHRUV JANI, | Stephanie Snyder |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:** 1:02 p.m.

Appearances of counsel. Present at Government's table are Dana Chamberlin, Sonia Hacker, and Dylan Critten. Defendant is present and in custody.

Defendant entered his plea on April 18, 2023, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions.

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 139) is GRANTED.

**ORDERED:** Government's Motion to Dismiss Counts with Prejudice (Doc. 138) is GRANTED.

Discussion held regarding Ms. Snyder's objection to testimony to be given.

1:08 p.m.    Government's witness, Dylan Critten, is sworn and examined by Ms. Paluch.
Exhibits used:    Government's Exhibit 2, 3, 5, 6.

**ORDERED:**  Government's Exhibits 1 through 7 are admitted.

Discussion held and argument regarding the defendant's base offense level and objections to the Presentence Investigation Report.   The Court rules on objections.

2:48 p.m.    Victim addresses the Court.

**Court in recess:**    **3:07 p.m.**
**Court in session:**    **3:24 p.m.**

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**  Defendant's motion (Doc. 143) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, DHRUV JANI, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **120 months.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in the District of Colorado consistent with his security-level designation.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** in the amount of **$1,163,947.28 as stated on the record, joint and several with co-defendants in this case in the amounts stated on the record; interest waived.**

**ORDERED:**  Pursuant to the Plea Agreement, a money judgment shall enter in the amount of **$1,159,900 as stated on the record; interest waived.**

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

Discussion held regarding the Order of Judicial Removal (Doc. 129).

**Court in recess:**   **4:51 p.m.**
Hearing concluded.
Total time:            3:32

*Clerk's note:   All original exhibits were returned to counsel or a representative of counsel at the conclusion of the hearing.   Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.*