IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00202-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DHRUV JANI,

      Defendant.
_____

## DEFENDANT'S NOTICE OF APPEAL
_____

      Defendant, Dhruv Jani, through appointed counsel, Stephanie Snyder and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on September 25, 2023.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ Stephanie Snyder
      STEPHANIE SNYDER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Stephanie_Snyder@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch, Assistant United States Attorney
    Email:  Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dhruv Jani    (via U.S. Mail)

                                                  s/ Stephanie Snyder
                                                  STEPHANIE SNYDER
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO  80202
                                                  Telephone: (303) 294-7002
                                                  FAX: (303) 294-1192
                                                  Stephanie_Snyder@fd.org
                                                  Attorney for Defendant