FILED
United States Court of Appeals
Tenth Circuit

October 13, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

DHRUV JANI,

   Defendant - Appellant.

No. 23-1309
(D.C. No. 1:22-CR-00202-RM-1)
(D. Colo.)

---

## ORDER

---

Before **HOLMES**, Chief Circuit Judge.

---

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the Districts of Colorado and Wyoming is appointed as counsel of record to represent the appellant Dhruv Jani. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

October 13, 2023

Kathleen Shen
Stephanie Maureen Snyder
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:**   **23-1309, United States v. Jani**
Dist/Ag docket: 1:22-CR-00202-RM-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Laura Beth Hurd
Jess D Mekeel
Martha A. Paluch

CMW/jm