IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>DHRUV JANI,<br>    Defendant-Appellant | District Court No. 1:22-cr-00202-RM-1<br>Court of Appeals No. 23-1309 |

## DESIGNATION OF THE RECORD

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. All documents circled on the attached District Court docket sheet;
2. All presentence investigation reports, including all restricted versions, and any addenda, revisions, and objections; and
3. Transcripts of the following proceedings:
    a. April 18, 2023, change of plea hearing (minute entry at ECF No. 126);
    b. September 21, 2023, sentencing hearing (minute entry at ECF No. 145).

/s/ *Kathleen Shen*
KATHLEEN SHEN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Email: Kathleen_shen@fd.org
Attorney for Defendant-Appellant

I hereby certify that a copy of this designation, with docket sheet attached, was served on opposing counsel and filed with the clerks of the court of appeals and the district court by ECF on October 17, 2023.

                                              /s/ *Kathleen Shen*
                                              KATHLEEN SHEN
                                              Assistant Federal Public Defender