APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:22-cr-00202-RM-1

Case title: USA v. Jani

Date Filed: 06/21/2022

Date Terminated: 09/25/2023

Assigned to: Judge Raymond P. Moore

Appeals court case number: 23-1309 U.S. Court of Appeals, 10th Circuit

### Defendant (1)

Dhruv Jani
*TERMINATED: 09/25/2023*

represented by **David Edward Johnson**
Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: David_Johnson@fd.org
*TERMINATED: 02/23/2023*
*Designation: Public Defender or Community Defender Appointment*

**Stephanie Maureen Snyder**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: stephanie_snyder@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18 U.S.C. § 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)
(1s)

### Disposition

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of one hundred and twenty (120) months. Supervised release for a term of three (3) years. Special Assessment of $100.00. Restitution of $1,163,947.28.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18 U.S.C. § 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)
(1)

18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment)
(2-6)

### Disposition

Dismissed.

Dismissed.

| | |
|---|---|
| 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment) (2s-6s) | Dismissed on motion of the Government. |
| 18 U.S.C. § 875(c) Interstate Transmission of a Threatening Communication (7) | Dismissed. |
| 18 U.S.C. § 875(c) Interstate Transmission of a Threatening Communication (7s) | Dismissed on motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 18 U.S.C. § 1028(a)(3), (f) Conspiracy to knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents | |

**Plaintiff**

**USA**  represented by  **Martha Ann Paluch**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.paluch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Laura Beth Hurd**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0135
Fax: 303-454-0402
Email: laura.hurd@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2021 | 1 | CRIMINAL COMPLAINT as to Dhruv Jani (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (cmadr, ) [1:21-mj-00122-STV *SEALED*] (Entered: 07/09/2021) |
| 07/09/2021 | 2 | Arrest Warrant Issued in case as to Dhruv Jani. (cmadr, ) [1:21-mj-00122-STV *SEALED*] (Entered: 07/09/2021) |
| 07/09/2021 | 3 | MOTION for Leave to Restrict by USA as to Dhruv Jani. (cmadr, ) [1:21-mj-00122-STV *SEALED*] (Entered: 07/09/2021) |
| 07/09/2021 | 4 | ORDER to Restrict as to Dhruv Jani (1) by Magistrate Judge Scott T. Varholak on 9 July 2021. (cmadr, ) [1:21-mj-00122-STV *SEALED*] (Entered: 07/09/2021) |
| 06/21/2022 | 5 | INDICTMENT as to Dhruv Jani (1) count(s) 1, 2-6, 7. (Attachments: # 1 Criminal Information Sheet) (sphil, ) (Entered: 06/21/2022) |
| 06/21/2022 | 6 | Arrest Warrant Issued in case as to Dhruv Jani. (sphil, ) (Entered: 06/21/2022) |

| Date | # | Description |
|---|---|---|
| 06/21/2022 | 7 | RESTRICTED DOCUMENT - Level 4: as to Dhruv Jani. (sphil, ) (Entered: 06/21/2022) |
| 06/22/2022 | 8 | ORDER OF RECUSAL as to Dhruv Jani by Chief Judge Philip A. Brimmer on 6/22/2022. **ORDERED** that the clerk's office shall reassign this case by random draw.. (sphil, ) (Entered: 06/22/2022) |
| 06/22/2022 | 9 | CASE REASSIGNED as to Dhruv Jani. Pursuant to 8 Order of Recusal This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as **22-cr-0202-RM**. (Text Only Entry). (sphil, ) (Entered: 06/22/2022) |
| 06/23/2022 | 11 | Arrest of Dhruv Jani in Western District of Washington.(Text Only entry) (sdunb, ) (Entered: 07/01/2022) |
| 06/28/2022 | 10 | Rule 5(c)(3) Documents Received as to Dhruv Jani (Attachments: # 1 Rule 5 Documents)(sdunb, ) (Entered: 07/01/2022) |
| 07/12/2022 | 12 | BAIL REPORT as to Dhruv Jani. (rmaya, ) (Entered: 07/12/2022) |
| 07/20/2022 | 13 | SUPERSEDING INDICTMENT as to Dhruv Jani (1) count(s) 1s, 2s-6s, 7s, James Albert Witte (2) count(s) 1, 2-5, Jason Lee Henderson (3) count(s) 1, 6. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet) (sdunb, ) (Entered: 07/21/2022) |
| 07/20/2022 | 14 | RESTRICTED DOCUMENT - Level 4: as to Dhruv Jani, James Albert Witte and Jason Lee Henderson. (sdunb, ) (Entered: 07/21/2022) |
| 07/26/2022 | 17 | Arrest of Dhruv Jani Initial Appearance set for 7/26/2022 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. (Text Only entry)(alave, ) (Entered: 07/26/2022) |
| 07/26/2022 | 19 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance, Arraignment, Discovery, and Detention Hearings as to Dhruv Jani held on 7/26/2022. Defendant present in custody. Defendant advised. Court appoints counsel. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. The order of detention entered in the District of Washington will be CONTINUED. Advisement given pursuant to Brady v. Maryland. Defendant remanded. Counsel is directed to chambers. (Total time: 4 minutes, Hearing time: 2:35-2:39 p.m. (mass advisement 2:16-2:18))<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Natalie Stricklin on behalf of the defendant, Seth Junker on behalf of pretrial. FTR: CRIMINAL DUTY PM. (amont, ) (Entered: 07/26/2022) |
| 07/26/2022 | 20 | ORDER APPOINTING COUNSEL as to Dhruv Jani by Magistrate Judge S. Kato Crews on 7/26/2022. Text Only Entry (amont, ) (Entered: 07/26/2022) |
| 07/26/2022 | 22 | CJA 23 Financial Affidavit by Dhruv Jani. (amont, ) (Entered: 07/26/2022) |
| 07/26/2022 | 23 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 or less days as to Dhruv Jani by Magistrate Judge S. Kato Crews on 7/26/2022. (amont, ) (Entered: 07/26/2022) |
| 07/27/2022 | 29 | NOTICE OF ATTORNEY APPEARANCE: David Edward Johnson appearing for Dhruv JaniAttorney David Edward Johnson added to party Dhruv Jani(pty:dft) (Johnson, David) (Entered: 07/27/2022) |
| 07/27/2022 | 31 | ORDER SETTING TRIAL DATES AND DEADLINES. This matter has been scheduled for a five-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on October 3, 2022 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. It is ORDERED that all pretrial motions shall be filed by August 23, 2022 and responses to these motions shall be filed by August 30, 2022. If no motions are filed by such date, the Court will deem defendants to have waived any such motions. IT IS FURTHER ORDERED that a Trial Preparation Conference is set for September 23, 2022 at 10:30 a.m. in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendants are also required to be present. By Judge Raymond P. Moore on 7/27/2022. (sdunb, ) (Entered: 07/27/2022) |
| 08/03/2022 | 44 | AMENDED ORDER SETTING TRIAL DATES AND DEADLINES. This matter has been scheduled for a five-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on October 3, 2022 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. It is ORDERED that all pretrial motions shall be filed by August 23, 2022 and responses to these motions shall be filed by August 30, 2022. If no motions are filed by such date, the Court will deem defendants to have waived any such motions. IT IS FURTHER ORDERED that a Trial Preparation Conference is set for September 23, 2022 at 10:30 a.m. in Courtroom A601. By Judge Raymond P. Moore on 8/3/2022. (sdunb, ) (Entered: 08/03/2022) |
| 08/03/2022 | 46 | Unopposed MOTION for Protective Order by USA as to Dhruv Jani, James Albert Witte, Jason Lee Henderson. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 08/03/2022) |
| 08/04/2022 | 47 | PROTECTIVE ORDER granting 46 Motion. By Judge Raymond P. Moore on 8/4/2022. (sdunb, ) (Entered: 08/04/2022) |

| Date | # | Description |
|---|---|---|
| 08/15/2022 | 50 | MOTION to Disclose Grand Jury Material to Defendant *UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR DEFENDANTS PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)* by USA as to Dhruv Jani, James Albert Witte, Jason Lee Henderson. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 08/15/2022) |
| 08/16/2022 | 52 | MINUTE ORDER as to Dhruv Jani and Jason Lee Henderson. This matter comes before the Court on Defendant Witte's Motion for an Ends of Justice Continuance and to Exclude Time Pursuant to 18 U.S.C.§ § 3161(h)(7)(A) and (B) 51 . Counsel for Defendants Dhruv Jani and Jason Lee Henderson shall state their position on or before the close of business on August 17, 2022.SO ORDERED by Judge Raymond P. Moore on 8/16/2022. (Text Only Entry) (rmsec ) (Entered: 08/16/2022) |
| 08/16/2022 | 53 | ORDER REGARDING 50 DISCLOSURE OF GRAND JURY MATERIALS. By Judge Raymond P. Moore on 8/16/2022. (sdunb, ) (Entered: 08/16/2022) |
| 08/16/2022 | 54 | NOTICE *of Non-Opposition* re 51 MOTION to Continue *Mr. Witte's Motion for an Ends of Justice Continuance and to Exclude Time Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)* by Dhruv Jani as to Dhruv Jani, James Albert Witte (Johnson, David) (Entered: 08/16/2022) |
| 08/22/2022 | 56 | ORDER Granting 51 Mr. Witte's Motion for an Ends of Justice Continuance and to Exclude Time Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) as to all Defendants. The 70-day clock, exclusive of tolled time, shall accordingly be extended from October 5, 2022 to February 2, 2023. The current Trial date and all pretrial deadlines and settings are hereby VACATED. The five-day jury trial is RESET for commence on January 30, 2023 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for January 20, 2023 at 10:00 a.m. Lead counsel who will try the case shall attend in person. Defendants are also required to be present. A status conference is set for November 4, 2022, at 9:00 a.m. Defendants are not required to be present. Defendants shall have to and including November 15, 2022 to file pretrial motions and responses to these motions shall be filed by November 30, 2022. By Judge Raymond P. Moore on 8/22/2022. (sdunb, ) (Entered: 08/22/2022) |
| 11/04/2022 | 67 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Status Conference as to Dhruv Jani (1) and Jason Lee Henderson (2) held on 11/4/2022. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 11/04/2022) |
| 11/14/2022 | 71 | Unopposed MOTION for Extension of Time to File *Pretrial Motions* by Dhruv Jani. (Johnson, David) (Entered: 11/14/2022) |
| 11/15/2022 | 72 | ORDER granting 71 Motion for Extension of Time to File as to Dhruv Jani (1). Motions due by 11/23/2022. Responses due by 12/7/2022. SO ORDERED by Judge Raymond P. Moore on 11/15/2022. (Text Only Entry) (rmsec) (Entered: 11/15/2022) |
| 11/23/2022 | 73 | Unopposed MOTION to Exclude *180 Days from the Speedy Trial Act and to Extend Pretrial Motions Deadline* by Dhruv Jani. (Johnson, David) (Entered: 11/23/2022) |
| 12/02/2022 | 82 | ORDER Granting 73 Defendant's Unopposed Motion to Exclude One Hundred Eighty (180) Days from the Speedy Trial Act and to Extend Pretrial Motions Deadline as to Dhruv Jani (1). **The 70-day clock, exclusive of tolled time, shall accordingly be extended from February 2, 2023 to August 1, 2023.** The current Trial date and all pretrial deadlines and settings are hereby **VACATED**. The **five-day** jury trial is RESET for commence on **July 31, 2023 at 9:00 a.m.** On the first day of trial, counsel shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for **July 21, 2023 at 10:00 a.m.** Lead counsel who will try the case shall attend in person. Defendant is also required to be present. Defendant shall have to and including **May 30, 2023** to file pretrial motions and responses to these motions shall be filed by **June 15, 2023**. By Judge Raymond P. Moore on 12/2/2022. (trvo, ) (Entered: 12/02/2022) |
| 01/31/2023 | 102 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Dhruv JaniAttorney Stephanie Maureen Snyder added to party Dhruv Jani(pty:dft) (Snyder, Stephanie) (Entered: 01/31/2023) |
| 02/22/2023 | 113 | MOTION to Withdraw as Attorney *and to Terminate ECF Notifications* by David E. Johnson by Dhruv Jani. (Johnson, David) (Entered: 02/22/2023) |
| 02/23/2023 | 114 | ORDER granting 113 Motion to Withdraw as Attorney. David Edward Johnson withdrawn from case as to Dhruv Jani (1). SO ORDERED by Judge Raymond P. Moore on 2/23/2023. (Text Only Entry) (rmsec) (Entered: 02/23/2023) |
| 03/08/2023 | 118 | NOTICE of Disposition by Dhruv Jani (Snyder, Stephanie) (Entered: 03/08/2023) |
| 03/08/2023 | 119 | MINUTE ORDER as to Dhruv Jani. In response to the Notice of Disposition 118 , it is ORDERED that counsel shall jointly contact the Court's Judicial Assistant via email (Deanne_bader@cod.uscourts.gov) on or before 5:00 pm on Friday, March 10, 2023 to set this matter for a Change of Plea Hearing. SO ORDERED by Judge Raymond P. Moore on 3/8/2023. (Text Only Entry) (rmsec) (Entered: 03/08/2023) |

| | | |
|---|---|---|
| 03/08/2023 | 120 | ORDER SETTING CHANGE OF PLEA HEARING as to Dhruv Jani Pursuant to the 118 Notice of Disposition. A Change of Plea Hearing is set for **April 18, 2023 at 10:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) not later than 72 hours before the change of plea hearing. IT IS ORDERED that the motions/response deadlines; the Trial Preparation Conference scheduled for July 21, 2023, and the five-day jury trial scheduled for July 31, 2023, are **VACATED**. By Judge Raymond P. Moore on 3/8/2023. (sdunb, ) (Entered: 03/08/2023) |
| 04/11/2023 | 122 | NOTICE *of Intent to Request Order of Judicial Removal* by USA as to Dhruv Jani (Paluch, Martha) (Entered: 04/11/2023) |
| 04/11/2023 | 123 | MOTION for Order by USA as to Dhruv Jani. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 04/11/2023) |
| 04/11/2023 | 124 | NOTICE *Stipulated Judicial Order of Removal* by USA as to Dhruv Jani (Paluch, Martha) (Entered: 04/11/2023) |
| 04/11/2023 | 125 | STATEMENT *Made by Defendant in Support of Judicial Removal* by Plaintiff USA (Paluch, Martha) (Entered: 04/11/2023) |
| 04/18/2023 | 126 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Change of Plea Hearing as to Dhruv Jani (1) held on 4/18/2023. Guilty plea entered by Dhruv Jani (1) to Count 1 of the Superseding Indictment. Sentencing set for 10/6/2023 at 9:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 04/18/2023) |
| 04/18/2023 | 127 | PLEA AGREEMENT as to Dhruv Jani (1). (cpear) (Entered: 04/18/2023) |
| 04/18/2023 | 128 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Dhruv Jani (1). (cpear) (Entered: 04/18/2023) |
| 04/18/2023 | 129 | ORDER OF JUDICIAL REMOVAL as to Dhruv Jani (1) re: the 123 Application for and Factual Allegations in Support of Judicial Order of Removal. IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to India upon his sentencing, which removal is to be effected upon completion of his term of incarceration. By Judge Raymond P. Moore on 4/18/2023. (sdunb, ) (Entered: 04/18/2023) |
| 04/19/2023 | 130 | MINUTE ORDER as to Dhruv Jani. At the parties' request, the Court set sentencing in this matter for October 6, 2023, due to the need for examination and development of complex positions related to sentencing. The Court wants to make sure that it, too, has sufficient time to process the respective positions of the parties. Accordingly, it has directed the Probation Office to prepare and disclose the Presentence Report on August 11, 2023. The Court directs that objections to the Presentence Report shall be filed on August 25, 2023. Disclosure of the Presentence Report to the Court will occur on September 6, 2023. Any additional sentencing statements shall be filed no later than September 15, 2023. To be clear, the date for the Presentence Report, objections, and related documents are normally determined by counting backwards from the sentencing date. In this case, the Court is setting relevant dates independent of the ultimate sentencing date. SO ORDERED by Judge Raymond P. Moore on 4/19/2023. (Text Only Entry) (rmsec) (Entered: 04/19/2023) |
| 08/10/2023 | 131 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Dhruv Jani (Attachments: # 1 Exhibit A-Recommendation, # 2 Exhibit B-Loss and Restitution)(aarag, ) (Entered: 08/10/2023) |
| 08/24/2023 | 132 | RESTRICTED DOCUMENT - Level 2: as to Dhruv Jani. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paluch, Martha) (Entered: 08/24/2023) |
| 08/25/2023 | 133 | RESTRICTED DOCUMENT - Level 2: as to Dhruv Jani. (Snyder, Stephanie) (Entered: 08/25/2023) |
| 08/25/2023 | 134 | MINUTE ORDER as to Dhruv Jani. This matter is before the Court sua sponte upon consideration of its calendar. The Sentencing Hearing currently set for 10/6/2023 is VACATED and RESCHEDULED to 9/21/2023 at 1:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 8/25/2023. Text Only Entry (rmsec) (Entered: 08/25/2023) |
| 09/06/2023 | 135 | RESTRICTED PRESENTENCE REPORT as to Dhruv Jani (Attachments: # 1 Exhibit A-Recommendation, # 2 Exhibit B-Loss and Restitution)(aarag, ) (Entered: 09/06/2023) |
| 09/06/2023 | 136 | RESTRICTED ADDENDUM to Presentence Report 135 as to Dhruv Jani (Attachments: # 1 Exhibit A-Victim Impact Statements)(aarag, ) (Entered: 09/06/2023) |
| 09/08/2023 | 137 | RESTRICTED SECOND ADDENDUM to Presentence Report 135 as to Dhruv Jani (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 09/08/2023) |
| 09/14/2023 | 138 | MOTION to Dismiss Counts *WITH PREJUDICE* by USA as to Dhruv Jani. (Paluch, Martha) (Entered: 09/14/2023) |

| 09/14/2023 | 139 | MOTION for Decrease for Acceptance of Responsibility *AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)* by USA as to Dhruv Jani. (Paluch, Martha) (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | 140 | RESTRICTED DOCUMENT - Level 2: as to Dhruv Jani. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Paluch, Martha) (Entered: 09/14/2023) |
| 09/15/2023 | 141 | MOTION for Forfeiture of Property *for Preliminary Order of Forfeiture for a Personal Money Judgment* by USA as to Dhruv Jani. (Attachments: # 1 Proposed Order (PDF Only))(Hurd, Laura) (Entered: 09/15/2023) |
| 09/15/2023 | 142 | ORDER granting 141 Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Dhruv Jani. Entered by Judge Raymond P. Moore on 9/15/2023. (cpear) (Entered: 09/15/2023) |
| 09/15/2023 | 143 | RESTRICTED DOCUMENT - Level 2: as to Dhruv Jani. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Snyder, Stephanie) (Entered: 09/15/2023) |
| 09/20/2023 | 144 | RESTRICTED DOCUMENT - Level 2: as to Dhruv Jani. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9)(Paluch, Martha) (Entered: 09/20/2023) |
| 09/21/2023 | 145 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Sentencing held on 9/21/2023 as to Dhruv Jani (1). 138 Motion to Dismiss Counts and 139 Motion for Decrease for Acceptance of Responsibility are granted. 143 Motion is denied. Defendant sentenced as reflected on the record. Court Reporter: Sarah Mitchell. (cpear) (Entered: 09/21/2023) |
| 09/25/2023 | 146 | JUDGMENT as to defendant Dhruv Jani (1). Committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of one hundred and twenty (120) months. Supervised release for a term of three (3) years. Special Assessment of $100.00. Restitution of $1,163,947.28. Counts 2 through 7 of the Superseding Indictment are dismissed on the motion of the Government. By Judge Raymond P. Moore on 9/25/2023. (rmsec) (Entered: 09/25/2023) |
| 09/25/2023 | 147 | STATEMENT OF REASONS as to Dhruv Jani. (rmsec) (Entered: 09/25/2023) |
| 10/02/2023 | 148 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Dhruv Jani (Snyder, Stephanie) (Entered: 10/02/2023) |
| 10/02/2023 | 149 | NOTICE OF APPEAL as to 146 Judgment, by Dhruv Jani. (Snyder, Stephanie) (Entered: 10/02/2023) |
| 10/03/2023 | 150 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 149 Notice of Appeal as to Dhruv Jani to the U.S. Court of Appeals. (FPD) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (jtorr, ) (Entered: 10/03/2023) |
| 10/03/2023 | 151 | USCA Case Number 23-1309 for 149 Notice of Appeal filed by Dhruv Jani. (jtorr, ) (Entered: 10/04/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2023 14:55:10 | | | |
| **PACER Login:** | jwestbroek7227 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cr-00202-RM |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |