IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00202-RM

UNITED STATES OF AMERICA

       Plaintiff,

v.

1. DHRUV JANI,

       Defendant.

---

APPLICATION FOR WRIT OF EXECUTION

---

       Plaintiff, the United States of America, hereby makes an application to the Clerk of the United States District Court to issue a Writ of Execution in accordance with 28 U.S.C. § 3203, 18 U.S.C. § 3613, and 28 U.S.C. § 1651.  In support of this application and request, Plaintiff states as follows:

       1.      Defendant, Dhruv Jani, whose address is: Register No. 07542-510, USP Thomson, PO Box 1002, Thomson, IL 61285, is indebted to the Plaintiff as a result of a Judgment entered in the above cited action on September 25, 2023, in the original amount of $1,164,047.28, ($100.00 Special Assessment and $1,163,947.28 Non-Federal Restitution.)  (Doc. #146, 1, 6).  Defendant's criminal Monetary penalties were due and payable immediately. (*Id.* at 8).  Of Defendant's restitution obligation, $763,089.21 is owed jointly and severally with James Albert Witte, and $400,858.07 is owed jointly and severally with Jason Lee Henderson.  See (*id*).

2. Defendant has made no payments toward his restitution judgment or his special assessment. The outstanding balance on Defendant's restitution judgment is $1,158,249.22. The outstanding balance on Defendant's special assessment is $100. Interest is not accruing on either the amount.

3. There is or may be property, described below, in which the Defendant has substantial nonexempt interest that may be levied upon for payment of the above judgment. This property, which is in the possession of the United States Postal Inspection Service, is described as follows:

a. One 14-karat white gold man's ring;
b. US$426, cash, in United States currency; and
c. CA$60, cash, in Canadian currency.

WHEREFORE, Plaintiff respectfully requests that the Court issue a Writ of Execution and award costs as incurred by the United States Marshal in executing said Writ.

Respectfully submitted,

COLE FINEGAN
United States Attorney

s/William B. Gillespie
WILLIAM B. GILLESPIE
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: william.gillespie@usdoj.gov

Attorneys for Plaintiff
United States of America