**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   22-cr-00202-RM

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.   DHRUV JANI,

      Defendant.

---

### WRIT OF EXECUTION

---

**TO THE UNITED STATES MARSHAL**:

On September 25, 2023, a judgment was entered in the United States District Court for the District of Colorado, in favor of Plaintiff the United States of America and against Defendant Dhruv Jani, whose last known address is Register No. 07542-510, USP Thomson, Thomson, IL 61285, in the sum of $1,164,047.28 ($100.00 Special Assessment and $1,163,947.28 Non-Federal Restitution).  The current balance is $1,158,349.22.  Interest is not accruing.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to satisfy the judgment by levying on and selling all property in which defendant has a substantial nonexempt interest, and by executing upon the property of the defendant, including:

    a.    One 14-karat white gold man's ring;
    b.    US$426, cash, in United States currency; and
    c.    CA$60, cash, in Canadian currency.

**YOU ARE ALSO COMMANDED** to collect your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten (10) days after the date of sale of property on which levy is made.

**YOU ARE FURTHER DIRECTED** that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment and interest and costs.

**YOU ARE FURTHER DIRECTED** to file the Notice of Levy in the same manner as provided for judgments in 28 U.S.C. § 3201(a) and to serve a copy of the Writ and Notice of Levy on Defendant and persons who have possession of the property in the same manner that a summons is served in a civil action.

**YOU ARE FURTHER COMMANDED** to prepare and file a Report of Sale with the Court within five (5) days after the sale is completed. The sale will be final after the Report of Sale is filed with the Court.

**YOU ARE AUTHORIZED**, at your discretion, to contract with vendors as needed to store, appraise, and maintain the subject property, and to sell the subject property—including exchanging foreign currency for United States dollars—in any commercially reasonable manner in order to maximize said sale no sooner than 30 days after the date of levy for personal property or 90 days after the date of levy for real property.

JEFFREY P. COLWELL, Clerk
United States District Court

_____                    By: _____
Date                                          Deputy Clerk

| RETURN | |
|---|---|
| DATE RECEIVED: | TIME RECEIVED |
| DATE OF LEVY: | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE: | FEES, COSTS AND EXPENSES |
| The Writ was received and executed | |
| U.S. MARSHAL | (BY)  DEPUTY U.S. MARSHAL |