# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00202-RM

UNITED STATES OF AMERICA

      Plaintiff,

v.

1. DHRUV JANI,

      Defendant.

---

## CLERK'S NOTICE OF POST-JUDGMENT EXECUTION

---

**To:**   **Dhruv Jani**

You are hereby notified that the property listed in the attached writ of execution is being taken by the United States of America which has a judgment entered in the U.S. District Court for the District of Colorado on September 25, 2023, in Criminal Case No. 22-cr-00202 in the original amount of $1,164,047.28 ($100.00 Special Assessment, and $1,163,947.28 Non-Federal Restitution).  A balance of $1,158,349.22 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply.  Attached is a summary of the major exemptions which apply in most situations.

If you wish to claim exempt property, you must complete and return the attached exemption form.

You have a right to ask the Court to return your property to you if you think the applicable statute was not followed or if you think the property the Government is taking qualifies as one of the exemptions.

**If you want a hearing on whether the statute was followed or your property is exempt, you must notify the Court within 20 days after receipt of this Notice.  Your request must be in writing.**

If you wish, you may use this Notice to request the hearing by checking the box below. You must either mail it or deliver the original to: Clerk, United States District Court, 901 19th Street, #A-105, Denver, Colorado 80294-3589.  You must also send a copy of your request to: U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, Colorado 80202, so the Government will know you want a hearing.

☐ Yes, I do request a hearing because:        ☐ No, I do not request a hearing

__ the applicable statute was not followed
__ the property sought is exempt from execution

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Judge why you think the applicable statute was not followed or the property the Government is taking qualifies as one of the exemptions.  If you do not request a hearing within 20 days of receiving this Notice, your property may be sold at public auction and the proceeds of the sale will be applied to the debt you owe the U.S. Government.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail or deliver an original and one copy to the Clerk of the Court at 901 19th Street, #A-105, Denver, Colorado 80294-3589. You must also send a copy of your request to the Government at: U.S. Attorney's Office, Attn: William B. Gillespie, Financial Litigation Unit, 1801 California Street, Suite 1600, Denver, Colorado 80202, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance. The Clerk of the Court is not permitted to give legal advice.

JEFFREY P. COLWELL, Clerk
United States District Court

11/08/2023
Date

By: s/ J. Torres
Deputy Clerk

NOTICE TO DEFENDANT DEBTOR ON
HOW TO CLAIM EXEMPTIONS

The attached post-judgment process has been issued at the request of the United States of America.

The law provides that certain property and wages cannot be taken.  Such property is said to be "exempted".  This Notice lists the exemptions under federal law and your state law.  There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should **(A)** fill out the Claim for Exemption Form and **(B)** deliver or mail the original form to the Clerk, U.S. District Court, and one copy to counsel for the United States.  You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the Court.

On the day of the hearing, you should come to court ready to explain why your property is exempt, and you should bring any documents which may help you prove your case.  If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.